

LAW OFFICES OF
# Daniel Reinganum

| 615 White Horse Pike | Daniel L. Reinganum, Esquire | 856-548-5440 |
|---|---|---|
| Haddon Heights, NJ 08035 | A New Jersey and Pennsylvania Attorney | Daniel@ReinganumLaw.com |

April 15, 2026

Via CM/ECF
Honorable Jerrold N. Poslusny, Jr.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, NJ 08101

RE:    BGI Collingswood, Inc.
       Case No. 25-16723-JNP

**Status Report**

Dear Judge Poslusny:

Kindly accept this letter in lieu of an appearance at a status conference in this matter.

This matter was commenced on June 25, 2025.  No creditor's committee has been appointed.

No viable plan of reorganization or liquidation appears feasible in this matter.  The Debtor understands that the case will be dismissed.

Very Truly Yours,

**Daniel Reinganum, Esq.**